1

2                                                                                    **JS-6**

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA - Eastern Division

10

11   DENISE HALEY, ET AL,                 )      Case No. ED CV 09-01060-SGL(OPx)
                                          )
12                    Plaintiffs,         )
                                          )
13          v.                            )           **ORDER OF DISMISSAL**
                                          )
14   JOHN F. SALAZAR, WARDEN, ET          )
     AL,                                  )
15                                        )
                      Defendants.         )
16   _____

17

18          The Court having ordered the plaintiff to show cause in writing, not later than November 17,

19   2009, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to

20   respond,

21          The Court **ORDERS** that this action be, and hereby is, dismissed without prejudice for lack

22   of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of

23   Civil Procedure Rule 41.

24          The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

25

26

27   Dated:  November 18, 2009

28                                  VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE